|   |   |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWIN BRAGAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. ROBINSON, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 21-01617 JAK (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff John Edwin Bragas' ("Plaintiff") First Amended Complaint, Dkt. No. 11, Plaintiff's Motion for Summary Judgment, Dkt. No. 72, Defendant Manny's ("Defendant") Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, Dkt. No. 73, Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, Dkt. No. 75, Defendant's Reply to Plaintiff's Opposition to Defendant's Summary Judgment Motion, Dkt. No. 82, the Magistrate Judge's Report and Recommendation ("Report"), issued September 25, 2023, Dkt. No. 90, Plaintiff's Objections to the Report, Dkt. No. 91, Defendant's Response to Plaintiff's Objections, Dkt. No. 94, and all of the other records and files herein.  Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made.

The Court is not persuaded by Plaintiff's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Summary Judgment is denied, Defendant's Motion for Summary Judgment is granted, and this action is DISMISSED with prejudice.

DATED:  November 9, 2023

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE