**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN EDWIN BRAGAS, | Case No. EDCV 21-01617 JAK (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SGT. ROBINSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: November 9, 2023

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE